UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ARTHUR RAY ROBINSON (#425796)

VERSUS                              CIVIL ACTION NO.: 08-230-JVP-DLD

JOHN E. POTTER, POSTMASTER
GENERAL, ET AL

# RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 17, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff's Complaint (doc. 1) shall be dismissed pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to any state law claims which the plaintiff may have.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 9, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA